[No. 33594-8-II.  Division Two.  August 8, 2006.]

*In the Matter of the Estate of* JEAN C. GOODFELLOW.
ALEC GOODFELLOW, *Appellant*, v. U.S. BANK
NATIONAL ASSOCIATION, *as Personal
Representative*, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 98-4-00621-7, Russell W. Hartman, J., entered
July 20, 2005. *Affirmed* by unpublished opinion per
Bridgewater, J., concurred in by Hunt and Van Deren, JJ.

[No. 31900-4-II.  Division Two.  August 11, 2006.]

*In the Matter of the Detention of* DAMON LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 99-2-13179-2, Bruce W. Cohoe and Bryan E.
Chushcoff, JJ., entered June 21, 2004. *Affirmed* by un-
published opinion per Bridgewater, J., concurred in by
Houghton and Penoyar, JJ.

[No. 32680-9-II.  Division Two.  August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. LORIN DWAYNE
JONES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 04-1-01866-8, John P. Wulle, J., entered De-
cember 23, 2004. *Affirmed* by unpublished opinion per Van
Deren, J., concurred in by Bridgewater and Hunt, JJ.

[No. 32819-4-II.  Division Two.  August 11, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON ALAN
STENSRUD, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 02-1-05871-1, Rosanne Buckner, J., entered
January 28, 2005. *Reversed* by unpublished opinion per
Houghton, J., concurred in by Bridgewater and Hunt, JJ.